IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONNA L. BEAVERS,

       Plaintiff,                  1:10-cv-1004-CL

    v.                              **ORDER**

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

       Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#20), and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections and I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore

1 - ORDER

Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the R & R is correct. Magistrate Judge Clarke's Report and Recommendation (#20) is adopted. The decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this /5 day of May, 2012.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER